**W. C. Blair, appellee, v. Agnes Silvia, appellant.**
Motion to dismiss an appeal because no final order or judgment shown by the record. Motion sustained. Appeal from the Circuit Court of Franklin county; the Hon. Charles H. Miller, Judge, presiding. Heard in this court at the March term, 1921. Appeal dismissed. Opinion filed July 8, 1921.
J. W. Crawford and Rollie E. Neunlist, for appellant. Carl Choisser and H. F. Knox, for appellee.
Per Curiam.

---

**Clara B. Smith, appellant, v. William W. Wheelock, receiver of Illinois Southern Railway Company, appellee.**
Action for damages for personal injuries sustained by plaintiff when her husband's automobile, in which she was riding, was struck by defendant's train. Verdict and judgment for defendant. Appeal from the Circuit Court of Randolph county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1921. Reversed and remanded. Opinion filed November 10, 1921.
William M. Schuwerk and Walter J. Schuwerk, for appellant. J. Fred Gilster and Eastman, White & Hawxhurst, for appellee; Homer C. Dawson, of counsel.
Mr. Presiding Justice Higbee delivered the opinion of the court.

---

**Lucy Brewington, appellee, v. Southern Illinois Railway & Power Company, appellant.**
Action for injuries received when alighting from one of defendant's cars. Judgment for plaintiff. Appeal from the Circuit Court of Saline county; the Hon. A. W. Lewis, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed November 10, 1921.
Miley & Combe, for appellant. H. N. Finney and H. R. Lightfoot, for appellee.
Mr. Presiding Justice Higbee delivered the opinion of the court.

---

**Orval D. Dixon, appellee, v. East St. Louis & Suburban Railway Company, appellant.**
Action by passenger for injuries received in a head-on collision. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. M. R. Sullivan, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed November 10, 1921.
Burroughs & Ryder, for appellant. Geers & Geers, for appellee.
Mr. Presiding Justice Higbee delivered the opinion of the court.